Argued and submitted July 8, affirmed August 14, 2013, petition for review denied February 13, 2014 (354 Or 814)

Kevin Anthony HOWARD,
*Plaintiff-Appellant,*

*v.*

BNSF RAILWAY COMPANY,
a corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
091014387; A148899

309 P3d 1103

Stephen C. Thompson argued the cause for appellant. On the briefs was Robert K. Udziela.

Thomas M. Christ argued the cause for respondent. With him on the brief was Cosgrave Vergeer Kester LLP.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Duncan, Judge.

PER CURIAM